## TOWN CLOSE ASSOCIATES *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NEW CANAAN

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 94 (AC 14959), is denied.

MCDONALD, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Carl R. Ficks* and *Kenneth R. Slater, Jr.,* in support of the petition.

*Timothy S. Hollister,* in opposition.

Decided September 18, 1996

## JACQUES ALL TRADES CORPORATION *v.* LAVERNE BROWN ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 124 (AC 14052), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded, under the facts and circumstances of this case, that the municipal exemption contained in General Statutes § 20-428 applied to the contract in issue?"

The Supreme Court docket number is SC 15530.

*Joseph C. Morelli,* in support of the petition.

*George M. Purtill,* in opposition.

Decided September 18, 1996

*Superseded. See *Jacques All Trades Corp.* v. *Brown,* 240 Conn. 903, 688 A.2d 232 (1997).